UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Buskey

    v.                                                           Case No. 19-cv-366-PB

Hampshire House, Director, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 31, 2019 . The clerk shall issue judgment accordingly and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                              /s/ Paul J. Barbadoro
                                                              _____
                                                              Paul J. Barbadoro
                                                             United States District Judge

Date: June 19, 2019

cc: Daniel Buskey, pro se